SOBEL et al., Respondents, v. STOLTS, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Leon Sobel and another against Julius W. Stolts, as president. C. M. Demond, for appellant. A. Pfeiffer, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SONIN, Appellant, v. BRODY, Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Morris Sonin against Samuel Brody. No opinion. Motion to dismiss appeal granted, with costs, there being nothing in the papers to indicate that errors occurred on the trial justifying the appeal.

SOUTH BROOKLYN REALTY CO., Respondent, v. CASPAR IBA CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by the South Brooklyn Realty Company against the Caspar Iba Construction Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

SPOTSWOOD, Appellant, v. HAMELL, Respondent. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by George Spotswood against Henry W. Hamell. No opinion. Judgment and order unanimously affirmed, with costs.

SPRAGUE, Respondent, v. PHŒNIX INS. CO. OF HARTFORD, CONN., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Iva E. Sprague, against the Phœnix Insurance Company of Hartford, Conn. No opinion. Judgment and order affirmed, with costs.

STACK, Respondent, v. VILLAGE OF PHELPS, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Cathryne Stack against the Village of Phelps.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., dissents, upon the ground that the plaintiff failed to establish actionable negligence on the part of the defendant. ROBSON, J., not voting.

STANDARD FASHION CO., Appellant, v. THOMPSON et al., Respondents. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by the Standard Fashion Company against Cora D. Thompson and others. H. P. Heath, for appellant. H. Nathan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STANFIELD, Appellant, v. TOWN OF HAMBURG, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Esther S. Stanfield, as administratrix, etc., against the Town of Hamburg.
PER CURIAM. Order affirmed, with costs.
McLENNAN, P. J., concurs upon the ground that it would not be proper to reinstate the verdict, but is of the opinion that the question of defendant's negligence and the question of the intestate's freedom from contributory negligence are questions of fact for the jury. SPRING, J., concurs on the ground that the plaintiff failed to establish the negligence of the defendant or the intestate's freedom from contributory negligence.

STAR CO., Appellant, v. MOORE et al., Respondents. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by the Star Company against William C. Moore and others. M. De Witt, for appellant. C. H. Bleecker, for respondents. No opinion. Determination (62 Misc. Rep. 304, 114 N. Y. Supp. 753) affirmed, with costs. Order filed.

STAR CO. v. MOORE et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by the Star Company against William C. Moore and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 62 Misc. Rep. 304, 114 N. Y. Supp. 753.

STATE BANK v. EPSTEIN et al. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by the State Bank against Hyman Epstein and others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

STATE BANK, Respondent, v. WILCHINSKY et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by the State Bank against Henry Wilchinsky and others. E. W. S. Johnston, for appellants. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 118 N. Y. Supp. 578.

STERN v. MARCUSE et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Nettie Stern against Millard Marcuse and others. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 128 App. Div. 169, 112 N. Y. Supp. 653.

STIEBEL et al., Respondents, v. HAIGNEY, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Samuel J. Stiebel and others against John J. Haigney, impleaded. E. P. Seelman, for appellant. F. L. Kohlman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.